Mary-Alice Coleman (SBN: 98365)
Dianne Schaumburg (SBN: 260704)
**LAW OFFICES OF MARY-ALICE COLEMAN, P.C.**
1109 Kennedy Place, Suite 2
Davis, California 95616
Telephone: 916.498.9131
Facsimile:   916.304.0880

Attorneys for Plaintiff,
ANDI BARONE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI BARONE,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN, et al.<br><br>    Defendants. | Case No.:   **2:16-CV-02114-SB**<br><br>**[PROPOSED] JUDGMENT ENTERED UNDER FED. R. CIV. P. 68**<br><br>*Complaint Filed: September 2, 2016*<br>*Trial Date: None Set* |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

On December 30, 2016, Plaintiff filed a Notice of Acceptance of Offer of Judgment under Rule 68(a) of the Federal Rules of Civil Procedure and Proof of Service, accepting the Offer of Judgment served by Defendant SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN on December 23, 2016, a copy of which was attached to Plaintiff's Notice of

///

**[PROPOSED] JUDGMENT ENTERED UNDER FED. R. CIV. P. 68**

*Barone v. Superior Court of California, County of Lassen, et al.*     Case No.: 2:16-CV-02114-SB

Acceptance of Offer of Judgment. Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

IT IS ADJUDGED that:

(1) Plaintiff ANDI BARONE shall have judgment against Defendant SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN, in the sum of $100,001, plus the sum of $84,829.99 for costs of suit incurred to the date of said defendant's offer, including reasonable attorney fees and expert fees, as stipulated by Plaintiff and said defendant, for a total judgment in the sum of $184,830.99.

(2) This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN and Defendant TONY R. MALLERY in connection with the facts and circumstances that are the subject of this action. Except as otherwise provided herein, this judgment acts as a release and discharge of Defendants SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN, and TONY R. MALLERY from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action.

Date: __February 9, 2017__          Marianne Matherly, Clerk
                                     U.S. District Court for the Eastern District of California

                                     By: __G. Michel__
                                         Deputy Clerk